CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

John Estefanos, Esq., State Bar No. 310884
Ali Hosseini, Esq., Of Counsel State Bar No. 316470
450 B Street, Suite 425
San Diego, California
Office: (619) 431-0000
Fax: (619) 431-2000
John@estefanoslaw.com
Ali@estefanoslaw.com
Attorney for Defendants,
Arturo Castaneda, Martha Castaneda and
A M Castaneda, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SOTO,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ARTURO CASTANEDA, in individual and representative capacity as trustee under the Castaneda Trust dated May 27, 2015; MARTHA CASTANEDA, in individual and representative capacity as trustee under the Castaneda Trust dated May 27, 2015; A M CASTANEDA, INCORPORATED, a California Corporation; and Does 1-10,<br><br>　　　Defendants. | Case No.: 5:19-cv-02487-GW-SHK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 15, 2020        CENTER FOR DISABILITY ACCESS

                By: /s/ Amanda Lockhart Seabock
                    Amanda Lockhart Seabock
                    Attorneys for Plaintiff

Dated: May 15, 2020

                By: /s/ John Estefanos
                    John Estefanos
                    Attorney for Defendant
                    Arturo Castaneda, Martha Castaneda and A M Castaneda, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to John Estefanos, counsel for Arturo Castaneda, Martha Castaneda and A M Castaneda, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: May 15, 2020     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff