JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SOTO,<br><br>            Plaintiff,<br><br>   v.<br><br>ARTURO CASTANEDA, et al.,<br><br>            Defendants. | Case No. EDCV 19-2487-GW-SHKx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

    IT IS SO ORDERED.

Dated: March 18, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE